IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILIP A. BRIMMER

Civil Action No. 12-cv-00220-PAB

JOHN A. MAHER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TIMOTHY M. MARQUEZ,
JOEL L. REED,
DONNA L. LUCAS,
J.C. MCFARLAND,
MYLES W. SCOGGINS,
MARC A. SNELL,
RICHARD S. WALKER,
VENOCO, INC.,
DENVER PARENT CORPORATION, and
DENVER MERGER SUB CORPORATION,

Defendants.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with the Order Of Dismissal entered on February 7, 2012, by Judge Philip A. Brimmer, which is incorporated herein by reference as if fully set forth, it is

ORDERED that this case is dismissed without prejudice for lack of subject matter jurisdiction. It is

FURTHER ORDERED that the complaint is dismissed.

DATED at Denver, Colorado, this 10th day of February, 2012.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

s/ Edward Butler
Edward P. Butler
Deputy Clerk