IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-00220-PAB

JOHN A. MAHER, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

TIMOTHY M. MARQUEZ,
JOEL L. REED,
DONNA L. LUCAS,
J.C. MCFARLAND,
MYLES W. SCOGGINS,
MARC A. SNELL,
RICHARD S. WALKER,
VENOCO, INC.,
DENVER PARENT CORPORATION, and
DENVER MERGER SUB CORPORATION,

      Defendants.

## ORDER OF RECUSAL

This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, who has entered an appearance as counsel for defendants Reed, Lucas, McFarland, Scoggins, Snell, and Walker. For this reason, it would be inappropriate for me to continue to preside over this case. Accordingly, I will recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED February 23, 2012.

                                        BY THE COURT:

                                        s/Philip A. Brimmer  
                                        PHILIP A. BRIMMER  
                                        United States District Judge